UNITED STATES DISTRICT COURT



**FILED**

MAY 1 7 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Abdul 'Hakym Joaquin Foy )
a.k.a. Joaquin Irwin Foy )
                             )
        Plaintiff, )
                             )
        v. )         Civil Action No.   **11 0925**
                             )
Director of the Federal Bureau )
of Prisons *et al.*, )
                             )
        Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

(N)

2

Plaintiff is a civil detainee at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, suing his warden, the Bureau of Prisons director, and correctional staff. The complaint consists of scribble, outlandish statements, and a variety of attachments, none of which sheds any light on a claim. A separate Order of dismissal accompanies this Memorandum Opinion.

Ellen S Huvelle
United States District Judge

Date: May 10, 2011